UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:14-00090 |
| | ) | JUDGE CAMPBELL |
| ERIC WILLIAMS | ) | |

ORDER

The Court is in receipt of a pro se Motion for Ineffective Assistance of Counsel (Docket No. 656). The Court held a hearing on the Motion on May 27, 2015, wherein Defendant Williams withdrew the Motion.

The jury trial remains scheduled for December 1, 2015, at 9:00 a.m.; the pretrial conference remains scheduled for November 16, 2015 at 9:00 a.m.; and any change of plea hearing is scheduled for November 13, 2015, at 9:00 a.m. (Docket No. 620).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE